United States District Court
Southern District of Texas
**ENTERED**
February 09, 2022
Nathan Ochsner, Clerk

IN IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| POST OAK GRILL d/b/a LB RESTUARANTS, Individually and an Behalf of Those Similarly Situated, § § § § | | |
| Plaintiff, § § | | |
| vs. § § | CIV. ACT. NO. 4:20-CV-03846 | |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. CLU54563, § § § § | | |
| Defendant. § | | |

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Plaintiff's Motion to Dismiss, the Court ORDERS:

1. This is a final judgment dismissing Plaintiff's claims against Defendant without prejudice.

2. Each party will bear her or its own costs of this action and attorney's fees.

All relief not expressly granted is denied. The Clerk will file this Final Judgment and will provide all parties with a true copy.

SIGNED : February 9, 2022



Honorable Judge Alfred H Bennett